No. 441.  MATSON NAVIGATION CO. *v.* INDUSTRIAL ACCIDENT COMM'N ET AL.  November 8, 1937.  Petition for writ of certiorari to the District Court of Appeal, 1st

Appellate District, of California, denied. *Messrs. Herman Phleger* and *Maurice E. Harrison* for petitioner. *Mr. Everett A. Corten* for respondents.